UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMUEL I. COX, | Case No. 22-CV-0478 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| JODI HARPSTED, Commissioner of Department of Human Services; MEMBERS UNKNOWN, Client Placement Committee; ANN ZIMMERMAN, Head of Security; PHIL OLSON, Unit Director 1C; TAMMY, acting director and AGS acting at the time of the incident; UNIT 1C STAFF; RACHAEL, Unit 1C Staff; ALLISON COLLINS, Crest Council Supervisor, 1C Clinical Team; PAUL MAYFIELD, 1C Clinical Team; JESSICA DAVISON, 1C Clinical Team; CINDY, 1C Clinical Team; MIKE, 1C Clinical Team; and MEMBERS UNKNOWN, MSOP Administrations, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 13). No objections have been filed to the Report and Recommendation in the time period permitted. Accordingly, based on the Report and Recommendation and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. No. 13) is **ADOPTED**; and

2. Plaintiff Samuel I. Cox's motion for a temporary restraining order (Dkt. No. 5) is **DENIED**.

Date:  4/26/22

s/Patrick J. Schiltz  
PATRICK J. SCHILTZ  
United States District Judge